Edmund AWAH, Plaintiff—Appellant,

v.

CENTER FOR INTERNATIONAL
EDUCATION, INCORPORATED,
Defendant—Appellee.

No. 07–1004.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2007.

Decided: April 24, 2007.

Edmund Awah, Appellant pro se. Leslie Robert Stellman, Hodes, Ulman, Pessin & Katz, PA, Towson, Maryland, for Appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmund Awah appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Awah v. Center for Int'l Educ., Inc.,* No. 1:06–cv–01280–RDB (D.Md. Dec. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*